UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| DEBORAH SUSAN LOYA | : CASE NO. 19-21740-JJT |
| | : |
| Debtor | : May 14, 2020 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF No. 19 , "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. <u>The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts.</u> Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate.  The Debtor has not provided:
    a. Payment advices or other evidence of income received updated to the time of confirmation;
    b. Federal and statement income tax returns with underlying W-2 Forms, etc. for 2019.

2. <u>The Plan may fail to provide that all of the Debtors' projected disposable income will be applied</u> to make payments to unsecured creditors pursuant to 11 U.S.C. § 1325(b)(1)(B).  As the Debtor's income is above median for the State of Connecticut, projected disposable income is determined based on 11 U.S.C. § 1325(b)(3), as calculated through Forms 122B and 122C ("Means Test").  It appears that some of the expenses including in the Debtor's Means Test may be overestimated, including in particular the provision for actual tax liability. The Debtor's 2019 tax returns may be dispositive of this item.

3. <u>The Plan may not be confirmed because the Debtor failed to serve the Plan on all creditors, in violation of Rule 3015(d) of the Federal Rules of Bankruptcy Procedure.</u>

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

/s/ Roberta Napolitano
Roberta Napolitano tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 110
Fax: 860-527-6185
Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: : CHAPTER 13
DEBORAH SUSAN LOYA : CASE NO. 19-21740-JJT
:
    Debtor. : May 14, 2020

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   DEBORAH SUSAN LOYA
   63 CONCORD CIRCLE
   WETHERSFIELD, CT 06109

3. **Parties Served Electronically Include:**
   Debtor's Attorney: JONATHAN G. COHEN, ESQ.
   Email: jgcohen@yahoo.com

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

        /s/ Roberta Napolitano
        Roberta Napolitano tr08378
        Chapter 13 Standing Trustee
        10 Columbus Blvd., 6th Floor
        Hartford, Connecticut 06106
        Tel: 860-278-9410, ext. 110
        Fax: 860-527-6185
        Email: rnapolitano@ch13rn.com